**(STAY / JS-6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BAILING MA,<br><br>            Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS. ET AL.,<br><br>            Defendants. | No. 5:23-cv-02287-SSS-KKx<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Judge Sunshine Suzanne Sykes<br>United States District Judge<br><br>**NOTE CHANGES MADE BY COURT** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until May 19, 2025.

The parties are further DIRECTED to file a Joint Status Report no later than May 5, 2025, advising the Court of the status of this action.

The Clerk is DIRECTED to close the case administratively.

Dated: January 2, 2024

JUDGE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE